[NOT FOR PUBLICATION—NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 99-2209

SCOTT W. VEALE; DAVID T. VEALE,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge]

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Boudin, Circuit Judge.

Scott W. Veale and David T. Veale on brief pro se.
Philip T. McLaughlin, Attorney General, and Daniel J. Mullen, Senior Assistant Attorney General, on brief for State defendants.
David P. Slawsky and Upton, Sanders & Smith on brief for the Marlborough defendants.
Paul M. Gagnon, United States Attorney, and T. David Plourde, Assistant U.S. Attorney, on brief for Federal defendants.

October 5, 2000

**Per Curiam**. The district court dismissed the amended complaint of appellants Scott W. Veale and David T. Veale, and appellants appealed. After carefully reviewing the record and the parties' briefs, we affirm this judgment for essentially the reasons stated in the district court's Order, dated September 1, 1999. We add only that there was no error in the district court's denial of appellants' motion for a change of venue.

Affirmed. See Local Rule 27(c).